1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED 27 SEP '22 15:17 USDC-ORE

# UNITED STATES DISTRICT COURT

for the

District of

Division

Jed Cooper

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Kelly Warren RANDALL

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.  6:22-CV-01453-AA
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JED COOPER |
| Street Address | 760 A ST |
| City and County | SPRINGFIELD |
| State and Zip Code | 97477 |
| Telephone Number | 650 644 3878 |
| E-mail Address | ROLLAH@PROTONMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page of 6

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: KELLY WARREN/RANDALE
- Job or Title *(if known)*: UNDERCOVER LEO
- Street Address: 86734 Mahogany Ln,
- City and County: Springfield,
- State and Zip Code: OR 97478
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The tort of intentional infliction of emotional distress (IIED)
Intrusion upon seclusion.

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page of 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) 3443 Hutton St, Springfield, OR 97477    00;00am    NOV/23/2020
Illegally used my friends Facebook messenger to enter our room, after what I presume my friend didn't clear her log in credentials, I presume my friend had prior engagements and could lot be with me that night.

(2) 3443 Hutton St, Springfield, OR 97477    1;00am    NOV/23/2020
Drove a wedge between me and my friend, to steal her Identifying documents. Saying friends dad is still alive, Kim lied to you on the day of your friends funereal
(weather what my friend done was true or not) that is a matter for me her and a mediator, not some spun out staff member high on schedule II narcotics, suffering from tribalism, once she found Kim's identification, she then had someone call her, and pretend that her dad just passed away that instant and she needed to go. (I am not even sure Kelly is even related to my friend)
Kelly knew I was in immense emotional agony over the death of my friend, and blamed myself for not being there to protect him. I believe Kelly done this to push me over the edge, isolate me on the time of my friends funeral, and hope that I commit suicide, to cover corruption and misconduct in Lane County.

(3) 3443 Hutton St, Springfield, OR 97477    10:43pm    NOV/24/2020
Then Kelly lied to my friend and said, I was the one who stole her identification, Kim is my only friend in USA, I would never take her Identification or anything else, that's not what friends do to one another. Kelly took my only friend in USA, to isolate me and drive me to suicide.

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$500,000
2 stays at All Points North Lodge that specialize in trauma and PTSD. To unpack the pain that has been caused away from the corruption of Lane County Law Enforcement.

Court to order Kelly Warren / Randale, explain who she has been working for, how she has access to zero day vulnerabilities, and used Cyber weapons on me, as well psychological manipulation. at the expense of my sanity!

Explain to who ever Kelly told, "Jed Cooper stole Kim's Identification" a formal apology as well as a written letter I can show to all law enforcement, that it is clear Jed Cooper did not take Kim's Identification.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/27/2022

Signature of Plaintiff
Printed Name of Plaintiff    Jed Cooper

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |