IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**JED COOPER,**  6:22-cv-01453-AA
      Plaintiff,  **JUDGMENT**

      v.

**KELLY WARREN RANDALE**

      Defendant.

_____

AIKEN, District Judge:

In accordance with the Court's accompanying Order, this case is DISMISSED.

It is so ORDERED and DATED this 28th day of May 2024.

      /s/Ann Aiken

      Ann Aiken
      United States District Judge

Page 1 of 1 – JUDGMENT